**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RELIANT PRO REHAB, LLC,**

      **Plaintiff,**

**v.**                                                                          **Case No: 8:16-cv-3287-T-35MAP**

**BENJAMIN ATKINS, et al.,**

      **Defendants.**

_____/

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Defendants' Motion to Dismiss (Dkt. 62) and Plaintiff's response in opposition thereto (Dkt. 66).   Upon consideration of the foregoing, Defendants' motion is **GRANTED IN PART AND DENIED IN PART**.  Defendants' Motion as to Plaintiff's unjust enrichment claim is **DENIED**.  That claim is pled in the alternative and sufficiently states a cause of action.  Defendants' Motion as to Plaintiff's claim for fraudulent inducement is **GRANTED** as it is inadequately pled.  Specifically, Plaintiff lumps all Defendants together and fails to provide allegations as to who said what and when.  This claim must be repled.  Likewise, Defendants' Motion as to Plaintiff's claim for tortious interference with contractual relationships is **GRANTED**. The difficulty in responding to these allegations is that Plaintiff does not allege which Defendant allegedly interfered with which contractual relationship.  It is insufficient and improper for Plaintiff to simply lump all the Defendants into a single count charging all of them with interfering with an unspecified contractual relationship.  Plaintiff is directed to replead this cause of action, segregate each Defendant, and identify the specific

contractual relationship with which each Defendant is alleged to have interfered.  Plaintiff is directed to file the amended complaint concerning the aforementioned claims within **fourteen (14) days** of the date of this Order.  Once the amended complaint is filed, Defendants are directed to file an answer to the amended complaint in accordance with the normal rules for doing so.

   **DONE** and **ORDERED** in Tampa, Florida, this 26th day of April, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person